**In the Interest of J.W., D.W., and H.W., Minor Children.**

**JUVENILE OFFICER, Respondent,**

v.

**R.W., Natural Father of J.W., D.W., and H.W., and S.W., Natural Mother of J.W., Appellants.**

**No. WD 43567.**

Missouri Court of Appeals,
Western District.

June 25, 1991.

Noel T. Magee, Columbia, for appellants.

Leslie Ann Schneider, Columbia, for Juvenile Officer.

Randall Brown Johnston, Fulton, guardian ad litem.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

## ORDER

PER CURIAM.

Consolidated appeal from orders declaring minor children wards of the juvenile court pursuant to § 211.031.1(1), RSMo 1986 (now repealed).

The orders are affirmed, Rule 84.16(b).